■ Gerta C. Conway et al., Respondents, v Leonard Davis et al., Respondents. William Leighton, Proposed Intervenor-

Appellant.—Order, Supreme Court, New York County (Israel Rubin, J.), entered on January 16, 1986, unanimously affirmed. Respondents submitting briefs shall recover of appellant one bill of $75 costs and disbursements of this appeal. The appeal from the order and judgment (one paper) of said court, entered on or about December 4, 1985, unanimously dismissed, without costs and without disbursements, for lack of standing. No opinion. Concur—Sullivan, J. P., Carro, Asch, Milonas and Rosenberger, JJ.